UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDGEN GROUP, INC.** | **CIVIL ACTION** |
| **VERSUS** | |
| **EMILY POPE, ET AL.** | **NO.: 3:19-00491-BAJ-EWD** |

FINAL JUDGMENT

Considering the Order granting Plaintiff's **Motion for Voluntary Dismissal Without Prejudice (Doc. 4)** under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 10th day of October, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA